**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**BAIT PRODUCTIONS PTY LTD.**

      **Plaintiff,**

                                            **CASE NO.:  2:12-cv-00628-UA-DNF**

**v.**

**DOES 1-26,**

      **Defendants.**

_____ /

**PLAINTIFF, BAIT PRODUCTIONS PTY LTD.'S, NOTICE OF FILING PLAINTIFF'S OBJECTIONS TO THE DECEMBER 14, 2012 REPORT AND RECOMMENDATION ENTERED IN CASE NUMBER 6:12-cv-01637-GAP-DAB**

      Plaintiff, Bait Productions Pty Ltd., gives notice of filing the attached Objections to the December 14, 2012 Report and Recommendation.  The Objections were timely filed on December 28, 2012, in case number 6:12-cv-01637-GAP-DAB.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 2, 2013, I filed a true and accurate copy of the foregoing with the Clerk of the Court by using the CM/ECF system. As the individual Defendants have not yet been identified, and none of the Defendants have been served, a copy has not been provided to the Defendants at this time. A copy of the foregoing will be provided to Defendants at such time as they are identified and served.

s/ Richard E. Fee
Richard E. Fee
Florida Bar No. 813680
IP ENFORCEMENT LAW GROUP P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 490-6050
(813) 490-6051 (Facsimile)
rfee@IPEnforcementLaw.com

Trial Counsel for Plaintiff,
Bait Productions Pty Ltd.