```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

BAIT PRODUCTIONS PTY LTD.,

    Plaintiff,
v.                          Case No. 8:12-cv-2464-T-33MAP

DOES 1-36,

    Defendants.
_____/

### **ORDER**

This matter is before the Court pursuant to the status conference held on January 24, 2013. The Court determines that the interests of justice will be served by vacating its January 17, 2013, Order that adopted the Report and Recommendation of the Magistrate Judge and directed that all Bait Productions cases current and future (with the exception of cases 8:12-cv-2465 and 8:12-cv-2468) be assigned to a single District Judge-Magistrate Judge pair.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Court's January 17, 2013, Order adopting the Report and Recommendation is **VACATED**.

(2) The Clerk's Office is directed to reassign all cases on the list attached as Exhibit A to their original District Judge and Magistrate Judge.

(3)  The Clerk is directed to file this Order in each case on the list attached as Exhibit A.

**DONE** and **ORDERED** in Tampa, Florida, this <u>25th</u> day of January, 2013.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record

-2-

**EXHIBIT A**

2:12-cv-00628-VMC-DNF Bait Productions Pty Ltd. v. Does 1-26

2:12-cv-00629-VMC-DNF Bait Productions Pty Ltd. v. Does 1-44

3:12-cv-01204-VMC-JRK Bait Productions Pty Ltd. v. Does 1-66

3:12-cv-01205-VMC-JBT Bait Productions Pty Ltd. v. Does 1-42

3:12-cv-01252-VMC-JBT Bait Productions Pty Ltd. v. Does 1-71

3:12-cv-01274-VMC-TEM Bait Productions Pty Ltd. v. Does 1-78

5:12-cv-00644-VMC-PRL Bait Productions Pty Ltd. v. Does 1-40

5:12-cv-00645-VMC-PRL Bait Productions Pty Ltd. v Does 1-36

6:12-cv-01637-VMC-DAB Bait Productions Pty Ltd. v. Does 1-73

6:12-cv-01721-VMC-GJK Bait Productions Pty Ltd. v. Does 1-31

6:12-cv-01779-VMC-TBS Bait Productions Pty Ltd. v. Does 1-81

6:12-cv-01780-VMC-DAB Bait Productions Pty Ltd. v. Does 1-96

8:12-cv-02464-VMC-MAP Bait Productions Pty Ltd. v. Does 1-36

8:12-cv-02466-VMC-MAP Bait Productions Pty Ltd. v. Does 1-70

8:12-cv-02467-VMC-AEP Bait Productions Pty Ltd. v. Does 1-72

```
8:12-cv-02469-VMC-TGW Bait Productions Pty Ltd. v. Does 1-71

8:12-cv-02471-VMC-TGW Bait Productions Pty Ltd. v. Does 1-64

8:12-cv-02554-VMC-TGW Bait Productions Pty Ltd. v. Does 1-72

8:12-cv-02556-VMC-TGW Bait Productions Pty Ltd. v. Does 1-52

8:12-cv-02642-VMC-MAP Bait Productions Pty Ltd. v. Does 1-95

8:12-cv-02643-VMC-TBM Bait Productions Pty Ltd. v. Does 1-82
```